JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Petitioner
KIRK EDWARD CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK EDWARD CAMPBELL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | No.  2:15-CV-1986-KJM-GGH<br><br>UNOPPOSED MOTION FOR EXTENSION TO FILE A REPLY BRIEF TO RESPONDENT'S ANSWER AND ~~PROPOSED~~ ORDER<br><br>Hon. Gregory G. Hollows |

Petitioner Kirk Edward Campbell, through counsel, hereby moves for an extension of time to **June 23, 2016** in which to file his reply brief (traverse) to the Respondent's Answer.  The reason for this request is that counsel needs additional time in which to research and prepare the Reply Brief and counsel's schedule in other cases, including a 2-week jury trial starting on May 31, 2016, in *United States v. Martin,* No. 2:15-CR-0235-TLN.

///

///

1

Deputy Attorney General Doris Calandra does not oppose this motion.

                                       Respectfully submitted,

Dated:  May 9, 2016        /s/ John Balazs
                                   John Balazs
                                   Attorney for Petitioner
                                   KIRK EDWARD CAMPBELL

**ORDER**

IT IS SO ORDERED.

Dated: May 13, 2016

                                         /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE