JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Petitioner
KIRK EDWARD CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK EDWARD CAMPBELL, | No.  2:15-CV-1986-KJM-GGH |
| Petitioner, | |
| v. | UNOPPOSED MOTION FOR EXTENSION TO FILE A REPLY BRIEF TO RESPONDENT'S ANSWER AND PROPOSED ORDER |
| DANIEL PARAMO, Warden, | |
| Respondent. | |
| | Hon. Gregory G. Hollows |

Petitioner Kirk Edward Campbell, through counsel, hereby moves for an

extension of time to **July 14, 2016** in which to file his reply brief (traverse) to the

Respondent's Answer.  The reason for this request is that counsel needs additional

time in which to research and prepare the Reply Brief and counsel's schedule in

other cases, including a Ninth Circuit opening brief due June 23, 2016 in *United

States v. Smith*, No. 15-30030, and a vacation from July 2-7, 2016.

///

///

1

Deputy Attorney General Doris Calandra does not oppose this motion.

Respectfully submitted,

Dated:  June 22, 2016          /s/ John Balazs
                               John Balazs
                               Attorney for Petitioner
                                KIRK EDWARD CAMPBELL


**ORDER**

IT IS SO ORDERED.

Dated: June 23, 2016

                               /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

2